UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL SCHOWACHERT,<br><br>   Plaintiff,<br><br>  v.<br><br>SMILEY,<br><br>   Defendant. | No.  1:25-cv-01293-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 2, 7 |

Plaintiff John Paul Schowachert is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 6, 2025, the assigned magistrate judge issued findings and recommendations that recommended plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  Doc. 7.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 3. Plaintiff filed objections on October 17, 2025.  Doc. 10.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de no review of this case.  Having carefully reviewed the file, including plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and by proper analysis.  Plaintiff appears to object on the ground that the magistrate judge denied plaintiff permission to move

1

forward with this action.  Doc. 10 at 8.  However, the magistrate judge recommended that plaintiff be denied leave to proceed in forma pauperis and he be required to pay the $405.00 filing fee to proceed with this action.  Plaintiff's objections provide no basis to reject the magistrate judge's recommendations.

Accordingly:

1. The findings and recommendations issued on October 6, 2025, Doc. 7, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is denied pursuant to 28 U.S.C. § 1915(g); and

3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action.  If plaintiff fails to pay the filing fee within the specified time, then this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:    February 22, 2026

_____
UNITED STATES DISTRICT JUDGE

2